IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SURFACE WORKS, INC., d/b/a                                                              PLAINTIFF
SURFACE CONNECTION

v.                                  NO. 4:15CV00368 JLH

SURFACE RENEW, INC.                                                                     DEFENDANT

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED this 1st day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE